**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE<br><br>KESHAVA, LLC v. GOYENS | Case No.: 3:25-cv-00113-CSD<br><br>**ORDER** |

    Before the court are Plaintiff's Notices which appear to consist of approximately 900 pages of prior bankruptcy documents. (ECF Nos. 6, 7.) These documents were not filed in support of any motion (e.g., a motion for summary judgment). The court is not a depository for Plaintiff's discovery or exhibits that are not tied to a corresponding motion or pleading.

    **IT IS HEREBY ORDERED** that Plaintiff's Notices (ECF Nos. 6, 7) are **STRICKEN**.

Dated: March 31, 2025.

_____
Craig S. Denney
United States Magistrate Judge